Robert C. Bowman Jr. (State Bar No. 232388)
Christopher C. Phillips (SBN: 257753)
LAW OFFICES OF BOWMAN & ASSOCIATES
2151 River Plaza Drive, Suite 105
Sacramento, CA  95833
Telephone: (916) 923-2800
Facsimile: (916) 923-2828

Attorneys for Plaintiff
MIGUEL A. NIEVES

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT

| | |
|---|---|
| MIGUEL NIEVES | Case No. 2:08-CV-01964-WBS-GGH |
| Plaintiff, | **STIPULATION AND [PROPOSED]** |
| v. | **ORDER TO CONTINUE TRIAL DATE** |
| ALLIED WASTE SERVICES, INC. | |
| Defendant. | |

**STIPULATION**

Plaintiff Miguel Nieves and Defendant BFI Waste Systems of North America, LLC (erroneously sued herein as Allied Waste Services, Inc.) have agreed to request the court to continue the currently scheduled trial date of June 29, 2010, and final pretrial conference of May 3, 2010, and reset the case for trial to November 9, 2010, and final pretrial conference to September 20, 2010, if those dates are readily available.

The parties have been engaged in settlement discussions for several months and have been collaborative in progressing towards a mutually agreeable resolution.  The parties have only minor issues remaining to resolve.  At this juncture, neither party anticipates the necessity of trial unless unforeseen circumstances arise.

1

STIPULATION AND [PROPOSED] ORDER

1     For the reasons stated above, both parties request that the current final pretrial conference of May 3, 2010, be vacated and continued to September 20, 2010. Both parties also request the trial date of June 29, 2010, be vacated and the new date to commence trial be November 9, 2010.

DATED: April 28, 2010             LAW OFFICES OF BOWMAN & ASSOCIATES

By /s/_____
    Christopher C. Phillips
    Attorneys for Plaintiff
    MIGUEL A. NIEVES

DATED: April 28, 2010             SEYFARTH SHAW LLP

By /s/_____
    Jason T. Cooksey
    Attorneys for Defendant
    BFI WASTE SYSTEMS OF NORTH
    AMERICA, LLC

**ORDER**

    The court having conferred telephonically with counsel, by agreement of the parties and the court, the trial date shall remain as scheduled for June 29, 2010, and the previously scheduled Final Pretrial Conference for May 3, 2010 is continued to June 1, 2010 at 2:00 p.m.

DATED: April 28, 2010

*William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2
STIPULATION AND [PROPOSED] ORDER