Robert C. Bowman, Jr. (SBN 232388)
Christopher C. Phillips (SBN 257753)
LAW OFFICES OF BOWMAN & ASSOCIATES
2151 River Plaza Drive, Suite 105
Sacramento, CA  95833
Telephone: (916) 923-2800
Facsimile: (916) 923-2828

Attorneys for Plaintiff
MIGUEL A. NIEVES

SEYFARTH SHAW LLP
Jason T. Cooksey (SBN 208748)
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

Attorneys for Defendant
BFI WASTE SYSTEMS OF NORTH AMERICA, LLC
(erroneously sued herein as ALLIED WASTE SERVICES, INC.)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL A. NIEVES,<br><br>       Plaintiff,<br><br>   v.<br><br>ALLIED WASTE SERVICES, INC.,<br><br>       Defendant. | Case No. 2:08-CV-01964-WBS-GGH<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE**<br><br>**Fed.R.Civ.P. 41(a)(1)(ii)** |

     Plaintiff MIGUEL A. NIEVES and defendant BFI WASTE SYSTEMS OF NORTH

AMERICA, LLC (erroneously sued herein as ALLIED WASTE SERVICES, INC.), by and

through their respective counsel, hereby stipulate that the above-captioned action be and hereby

is dismissed with prejudice, each side to bear its own costs and attorneys' fees.

///

///

STIPULATION OF DISMISSAL

12373035v.1

1    DATED:  May 28, 2010                    LAW OFFICES OF BOWMAN &
                                             ASSOCIATES
2

3
                                             By: /s/ Christopher C. Phillips
4                                                  Robert C. Bowman
                                                   Christopher C. Phillips
5                                            Attorneys for Plaintiff
                                             MIGUEL A. NEIVES
6

7    DATED:  May 28, 2010                    SEYFARTH SHAW LLP

8

9                                            By: /s/ Jason T. Cooksey
                                                   Jason T. Cooksey
10                                           Attorneys for Defendant
                                             BFI WASTE SYSTEMS OF NORTH
11                                           AMERICA, LLC (erroneously sued herein as
                                             ALLIED WASTE SERVICES, INC.)
12

13

14

15   **IT IS SO ORDERED:**

16

17

     DATED:  June 1, 2010
18

19                                       _William V. Shubb_
20                                       WILLIAM B. SHUBB
                                         UNITED STATES DISTRICT JUDGE
21

22

23

24

25

26

27

28
                                           2
12373035v.1